IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: BRENDA D. NORWOOD &  CHAPTER 13

RANDY L. NORWOOD  CASE NO. 19-10865

CERTIFICATE OF SERVICE

I, Miranda Linton Williford, attorney for Debtor(s), do hereby certify that by filing the attached Notice and Chapter 13 Plan, I caused the following parties to be served electronically via ECF:
Locke D. Barkley, Chapter 13 Trustee
Office of the U.S. Trustee

I certify that I have this day served a true and correct copy of the attached Notice and Chapter 13 Plan by U.S. mail,[1] postage prepaid to the following creditor(s) listed in Sections 3.2 and/or 3.4 of the Plan pursuant to Fed. R. Bankr. P. 7005:

Royal Furniture Company

c/o Conner, Clifford W

6526 Airways Blvd

Southaven, MS 38671

I further certify that I have this day served a true and correct copy of the Notice and Chapter 13 Plan by U.S. mail, postage prepaid, to all other parties listed on the attached master mailing list (matrix).

DATED this the 11th day of April, 2019.

/s/ Miranda Linton Williford

Miranda Linton Williford

Attorney at Law, PLLC

P.O. Box 1331

Southaven, MS 38671

phone:(662) 349.1130

fax:(662) 287-4285

---

[1] If the creditor is an insured depository institution, service has been made by certified mail.